Dismissed and Memorandum Opinion filed October 13, 2005









Dismissed and Memorandum Opinion filed October 13,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00811-CV

____________

 

THERESA
HEARN-HAYNES, Appellant

 

V.

 

CANDLELIGHT
HILLS CIVIC ASSOCIATION, Appellee

 



 

On Appeal from the 151st District
Court

Harris County
, Texas

Trial Court Cause No.
04-72901

 



 

M E M O R A N D U M  O
P I N I O N

This appeal is from a judgment signed April 12, 2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On August 22, 2005, notification was transmitted to all
parties of the court=s intention to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  Appellant did
not provide proof of payment for the record.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 13, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.